# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY NORRIS WILLIAMS AND
BETTY WILLIAMS

NO.   2019 CW 1630

VERSUS

THE DOW CHEMICAL COMPANY, ET
AL

**DECEMBER 16, 2019**

---

In Re:   David M. Bienvenu, Jr., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 74597.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT GRANTED WITH ORDER.** The trial court's November 27, 2019 order which denied David M. Bienvenu, Jr.'s Motion to Recuse Ad Hoc Judge William C. Dupont from presiding over the contempt proceedings is vacated. We order that the contempt hearing scheduled on December 18, 2019 be continued, and we remand this matter to the trial court for referral to another judge through the random process of assignment to consider and rule on this motion to recuse, which must be completed prior to any trial or hearing on the rule for contempt. See La. Code Civ. P. arts. 151(A)(4), 154, & 155(B).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT